UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joshua Arnold,  Civil No. 10-224 (RHK/FLN)

    Plaintiff,

**ORDER**

vs.

CLX Systems/Westwood Management, Inc.,

    Defendant.

Based upon the Plaintiff's Notice of Dismissal With Prejudice as to Defendant (Doc. No. 2), **IT IS ORDERED** that Plaintiff's claims against Defendant are hereby **VOLUNTARILY DISMISSED WITH PREJUDICE** in their entirety on the merits. Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 15, 2010

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge